NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000723
30-JUL-2015
08:49 AM

NO. CAAP-12-0000723

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


CITIBANK (SOUTH DAKOTA), N.A., Plaintiff-Appellee, v.
DYLAN THEDE, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 11-1-0115)

ORDER GRANTING MOTION FOR SPECIAL LEAVE TO
EXTEND TIME TO FILE MOTION FOR RECONSIDERATION
AND DENYING THE MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, and Reifurth and Ginoza, JJ.)

Upon consideration of (1) Defendant-Appellant's Motion for Special Leave to Extend Time to File Motion for Reconsideration and (2) the Motion for Reconsideration, both filed on July 27, 2015,

IT IS HEREBY ORDERED that Defendant-Appellant's Motion for Special Leave to Extend Time to File Motion for Reconsideration is granted.

IT IS FURTHER ORDERED that the Motion for Reconsideration is hereby denied.

DATED: Honolulu, Hawai‘i, July 30, 2015.


On the motions:

Dylan Thede,
Pro Se Defendant-Appellant.

Presiding Judge

Associate Judge

Associate Judge